IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PATTISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HP INC.,<br><br>　　　　Defendant. | Case No.  24-cv-02752-MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

　　　　Before the Court is defendant HP Inc.'s "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge," filed December 19, 2025, whereby defendant seeks relief from Magistrate Judge Kandis A. Westmore's "Order Regarding 9/30/25 Discovery Letters" (see Doc. No. 89), filed December 2, 2025 ("December 2 Order"), specifically, the ruling therein that requires defendant to respond to "Interrogatories Nos. 5-6 and Request for Production No. 36." (See Def.'s Mot. at 5:24-25.)  Plaintiff Mary Pattison has filed opposition thereto.

　　　　Having read and considered the papers filed in support of and in opposition to the Motion for Relief, the record before the Magistrate Judge, and the cases cited by the parties and the Magistrate Judge, as well as other authorities cited in those cases and decided under circumstances similar to those presented here, see, e.g., Gamino v. KPC Healthcare Holdings, Inc., 2021 WL 2309974 (C.D. Cal. June 2, 2021) (finding magistrate judge did not err in requiring defendant to produce list of putative class members pre-certification), the Court finds the December 2 Order is not "clearly erroneous or contrary to law," see Fed. R. Civ. P. 72(a).[1]

---

[1] To the extent defendant's motion is based on a lengthy discussion regarding the asserted extent of the burden on defendant to produce the subject discovery, the Court

Accordingly, the Motion for Relief is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 19, 2025

MAXINE M. CHESNEY
United States District Judge

---

notes that such detailed showing was not presented to the Magistrate Judge and, consequently, is not properly before this Court for consideration.

2